**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    THOMAS JOSEPH MARTIN
            SUSAN MARTIN

            Debtor(s)                CHAPTER 13

            CHARLES J. DEHART, III
            CHAPTER 13 TRUSTEE
                Movant

            vs.

            THOMAS JOSEPH MARTIN        CASE NO: 5-19-04283-RNO
            SUSAN MARTIN

                Respondent(s)

**TRUSTEE'S MOTION TO DISMISS CASE**
**FOR FAILURE TO OBTAIN CREDIT COUNSELING**

AND NOW, on October 21, 2019, Charles DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case for the following reason(s):

1)      A Petition under Chapter 13 was filed on October 3, 2019.

2)      The Debtor(s) did not comply with the credit counseling requirements of 11 U.S.C. Sections 109(h) and 521(b) and therefore do not qualify as a debtor under the Bankruptcy Code.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case.

                      Respectfully Submitted,

                      s/  Charles J. DeHart, III
                      Charles J. DeHart, III, Trustee
                      8125 Adams Drive, Suite A
                      Hummelstown, PA  17036
                      Phone:  (717) 566-6097
                      Fax:  (717) 566-8313
                      Email:  dehartstaff@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:   THOMAS JOSEPH MARTIN                   CHAPTER 13
         SUSAN MARTIN

                                                 CASE NO: 5-19-04283-RNO

              Debtor(s)

**NOTICE**

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss.   The Debtor(s) did not comply with the credit counseling requirements of 11U.S.C.  Sections 109(h) and 521(b) and therefore do not qualify as a debtor under the Bankruptcy Code.

If you wish to contest this matter, you must file an objection with the Bankruptcy Clerk on or before November 11, 2019 and serve a copy on the movant and counsel.  Any filing must conform to the Rules of Bankruptcy Procedure.

If no objections are filed, an order may be entered dismissing the case.


                                          Charles J. DeHart, III, Trustee
                                          8125 Adams Drive, Suite A
                                          Hummelstown, PA  17036
                                          Phone:  (717) 566-6097

Dated:  October 21, 2019

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**


IN RE:    THOMAS JOSEPH MARTIN
              SUSAN MARTIN

                                 CHAPTER 13

                Debtor(s)

                                 CASE NO: 5-19-04283-RNO


### CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on October 21, 2019, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

PRO SE                              Served electronically
,

United States Trustee
228 Walnut Street
Suite 1190                          Served electronically
Harrisburg, PA  17101

THOMAS JOSEPH MARTIN
SUSAN MARTIN
5764 MAIN                           Served by 1ST class mail
HUNLOCK CREEK, PA  18621


I certify under penalty of perjury that the foregoing is true and correct.

Date:  October 21, 2019                   Vickie Williams
                                       for Charles J. DeHart, III, Trustee
                                       Suite A, 8125 Adams Dr.
                                       Hummelstown, PA  17036
                                       Phone:  (717) 566-6097
                                       eMail: dehartstaff@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   THOMAS JOSEPH MARTIN
SUSAN MARTIN

       Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
       Movant

vs.

THOMAS JOSEPH MARTIN
SUSAN MARTIN

       Respondent(s)

CHAPTER 13

CASE NO: 5-19-04283-RNO

MOTION TO DISMISS

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED.