```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                              Case No. 19-04283-RNO
Thomas Joseph Martin                                                Chapter 13
Susan Martin
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: CGambini          Page 1 of 1          Date Rcvd: Oct 24, 2019
                              Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2019.
db/jdb         +Thomas Joseph Martin,   Susan Martin,   5764 Main,   Hunlock Creek, PA 18621-2932

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James    Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

THOMAS JOSEPH MARTIN
SUSAN MARTIN

* Debtors

Chapter: 13

Case Number: 5-19-bk-04283 RNO

Document No.: 1

Nature of Proceeding: **Request for Temporary Waiver of Credit Counseling Requirement**

# ORDER

Upon consideration of the Debtors' Request for Temporary Waiver of Credit Counseling Requirement, after hearing held on October 23, 2019, it is

ORDERED that the Request is DENIED for want of prosecution.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

October 23, 2019

MDPA-ABLANK2.WPT - REV 11/04

Case 5:19-bk-04283-RNO    Doc 19    Filed 10/26/19    Entered 10/27/19 00:38:37    Desc
Imaged Certificate of Notice    Page 2 of 2