Certificate Number: 03088-PAM-DE-033638173

Bankruptcy Case Number: 19-04283


03088-PAM-DE-033638173

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on <u>November 2, 2019</u>, at <u>11:54</u> o'clock <u>AM CDT</u>, <u>Thomas J Martin</u> completed a course on personal financial management given <u>by telephone</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>November 2, 2019</u>       By: <u>/s/Maria Arreguin</u>

Name: <u>Maria Arreguin</u>

Title: <u>Counselor</u>