Certificate Number: 03088-PAM-DE-033638174

Bankruptcy Case Number: 19-04283


03088-PAM-DE-033638174

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 2, 2019</u>, at <u>11:54</u> o'clock <u>AM CDT</u>, <u>Susan Martin</u> completed a course on personal financial management given <u>by telephone</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   <u>November 2, 2019</u>     By:   <u>/s/Maria Arreguin</u>

Name: <u>Maria Arreguin</u>

Title: <u>Counselor</u>