```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                    Case No. 19-04283-RNO
Thomas Joseph Martin                                      Chapter 13
Susan Martin
         Debtors                 CERTIFICATE OF NOTICE
District/off: 0314-5      User: CGambini         Page 1 of 1        Date Rcvd: Nov 07, 2019
                          Form ID: ntnew341      Total Noticed: 9
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2019.
```
db/jdb        +Thomas Joseph Martin,   Susan Martin,   5764 Main,   Hunlock Creek, PA 18621-2932
5255111       +M&T Bank,   P.O. Box 1508,   Buffalo, NY 14240-1508
5254715        M&T Bank,   P.O. Box 62986,   Baltimore, MD 21264-2986
5254713       +Quicken Loans,   P.O. Box 6577,   Carol Stream, IL 60197-6577
5254714        The Corporation Company,   40600 Ann Arbor Rd. East Suite 201,   Plymouth, MI 48170-4675
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             E-mail/Text: camanagement@mtb.com Nov 07 2019 19:09:36     M&T Bank,   1100 Wehrle Drive,
                Williamsville, NY  14221
5254716        E-mail/Text: camanagement@mtb.com Nov 07 2019 19:09:36     M&T Bank,
                Legal Document Processing,   P.O. Box 844,   Buffalo, NY 14240-0844
5254717        E-mail/Text: camanagement@mtb.com Nov 07 2019 19:09:36     M&T Bank,   P.O. Box 62182,
                Baltimore, MD 21264-2182
5259684       +E-mail/Text: bankruptcyteam@quickenloans.com Nov 07 2019 19:09:48     Quicken Loans Inc.,
                635 Woodward Ave.,   Detroit, MI 48226-3408
                                                                                              TOTAL: 4
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 7, 2019 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 3
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Thomas Joseph Martin,
    **Debtor 1**

Susan Martin,
    **Debtor 2**

Chapter 13

Case No. 5:19–bk–04283–RNO

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| Best Western Genetti's, 77 East Market Street, Wilkes–Barre, PA 18701 | Date: December 16, 2019 |
| --- | --- |
| | Time: 12:00 PM |

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
274 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes–Barre, PA 18701
(570) 831–2500

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: CGambini, Deputy Clerk

Hours Open: Monday – Friday 9:00 AM – 4:00 PM

Date: November 7, 2019

ntnew341 (04/18)