In re:                                                          Case No. 19-04283-RNO
Thomas Joseph Martin                                            Chapter 13
Susan Martin
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: Christoph          Page 1 of 1          Date Rcvd: Nov 15, 2019
                       Form ID: ordsmiss          Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2019.
```
db/jdb       +Thomas Joseph Martin,    Susan Martin,    5764 Main,    Hunlock Creek, PA 18621-2932
5255111      +M&T Bank,    P.O. Box 1508,    Buffalo, NY 14240-1508
5254715       M&T Bank,    P.O. Box 62986,    Baltimore, MD 21264-2986
5254713      +Quicken Loans,    P.O. Box 6577,    Carol Stream, IL 60197-6577
5254714       The Corporation Company,    40600 Ann Arbor Rd. East Suite 201,    Plymouth, MI 48170-4675
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            E-mail/Text: camanagement@mtb.com Nov 15 2019 19:52:16      M&T Bank,    1100 Wehrle Drive,
               Williamsville, NY 14221
5254716       E-mail/Text: camanagement@mtb.com Nov 15 2019 19:52:16      M&T Bank,
               Legal Document Processing,    P.O. Box 844,    Buffalo, NY 14240-0844
5254717       E-mail/Text: camanagement@mtb.com Nov 15 2019 19:52:16      M&T Bank,    P.O. Box 62182,
               Baltimore, MD 21264-2182
5259684      +E-mail/Text: bankruptcyteam@quickenloans.com Nov 15 2019 19:52:42      Quicken Loans Inc.,
               635 Woodward Ave.,    Detroit, MI 48226-3408
                                                                                      TOTAL: 4
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2019                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2019 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                      TOTAL: 3
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Thomas Joseph Martin,                           Chapter        13

**Debtor 1**
                                                Case No.       5:19–bk–04283–RNO
Susan Martin,

**Debtor 2**

## <u>Order</u>

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated:  November 15, 2019                        By the Court,

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: ChristopherGambini, Deputy Clerk

ordsmiss (05/18)